In the Matter of the Application of Thomas W. Kilgannon, Respondent, for a Peremptory Order of Mandamus against Emil Altman and Others, Appel-

*Affd., 259 N. Y. 430.

lants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.